IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| GRACE MARIE SANTIAGO-RIVERA; *et al.*,<br><br>**Plaintiffs,**<br><br>v.<br><br>METRO PAVIA HEALTH SYSTEM, INC.; *et al.*,<br><br>**Defendants.** | **Civil No.** 17-2323 (FAB) |

**PARTIAL JUDGMENT**

In accordance with the Order entered today (Docket No. 8), plaintiffs' claims against defendant Metro Pavia Health System, Inc. are **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, January 2, 2018.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE